DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
GEORGE C. YU (S.B. #193881) gyu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>(1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.; (5) NOKIA CORPORATION; (6) NOKIA, INC.; (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON MOBILE COMMUNICATIONS AB; AND (11) SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.,<br><br>Defendants. | Case No. CV 09 1628 WHA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, Samsung Electronics America, Inc. ("SEA"), hereby substitutes Darin W. Snyder and George C. Yu of the law firm of O'Melveny & Myers LLP, Two Embarcadero Center, 28th Floor, San Francisco, California 94111, telephone (415) 984-8700, as attorneys of record in the above-captioned action in place of prior counsel of record, Mark D. Fowler and

Sal Lim of the law firm of DLA Piper LLP (US), 2000 University Avenue, East Palo Alto, California 94303, telephone (650) 833-2000.

Dated: June 2, 2009                SAMSUNG ELECTRONICS AMERICA, INC.


By:   //s// Anthony Kahng
            Anthony Kahng
            Senior Patent Counsel
      SAMSUNG ELECTRONICS AMERICA, INC

Dated: June 2, 2009                DARIN W. SNYDER
                                   GEORGE C. YU
                                   O'MELVENY & MYERS LLP


By:   //s//  George C. Yu
            George C. Yu
      Attorneys for Defendant
      SAMSUNG ELECTRONICS AMERICA, INC.

The above Substitution is hereby consented to:

Dated: June 2, 2009                MARK D. FOWLER
                                   SAL LIM
                                   DLA PIPER LLP (US)


By:   //s//  Sal Lim
            Sal Lim

- 2 -

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 09 1628 WHA

**ORDER**

The above Substitution is hereby approved.

Dated: June __3__, 2009

_____
Hon.
United States District Judge

IT IS SO ORDERED
Judge William Alsup

- 3 -

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 09 1628 WHA

DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
GEORGE C. YU (S.B. #193881) gyu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.; (5) NOKIA CORPORATION; (6) NOKIA, INC.; (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON MOBILE COMMUNICATIONS AB; AND (11) SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., <br><br> Defendants. | Case No. CV 09 1628 WHA <br><br> **DECLARATION OF GEORGE C. YU RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X** |

I, GEORGE C. YU, declare as follows:

1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel of record for Samsung Electronics America, Inc. ("SEA"), in the above-styled action pending before this Court. I am a member of good standing of the State Bar of California and am admitted to

1  practice in the United States District Court for the Northern District of California.  I have personal
2  knowledge of the facts set forth in this Declaration and, if called as a witness, could and would
3  testify competently to such facts under oath.

4       2.     I attest that the conformed signature of Anthony Kahng, Senior Patent
5  Counsel for SEA, appearing in the signature block of the Notice of Substitution of Counsel, is
6  Anthony Kahng's signature, and that Anthony Kahng has authorized me to file the Notice of
7  Substitution of Counsel.

8       3.     I also attest that the conformed signature of Sal Lim of the law firm of
9  DLA Piper LLC (US), former counsel for SEA, appearing in the signature block of the Notice of
10 Substitution of Counsel, is Mr. Lim's signature and that Mr. Lim has authorized me to file the
11 Notice of Substitution of Counsel.

12      Executed on the 2nd day of June, 2009, at San Francisco, California.  I declare
13 under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                            //s// George C. Yu
                              George C. Yu

SF1:767301.1