Michael J. Newton (CA Bar No. 156225)
mike.newton@alston.com
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

Sean P. DeBruine (CA Bar No. 168071)
sean.debruine@alston.com
**ALSTON & BIRD LLP**
Two Palo Alto Square
3000 El Camino Real Suite 400
Palo Alto, CA 94306-2112
Phone: 650-838-2121
Fax: 650-838-2001

Attorneys for Defendants
NOKIA CORP. AND NOKIA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORP, et al. <br><br> Defendants. | Case No. 3:09-cv-01628-WHA <br><br> **[PROPOSED] ORDER EXTENDING TIME FOR INITIAL DISCLOSURES** |

On June 20, 2009, Defendants Nokia Inc., Nokia Corp., and Plaintiff Implicit Networks, Inc. jointly filed a Stipulation requesting an Order from this Court to extend the deadline to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) two weeks from July 9, 2009, to and including July 23, 2009.

Having considered all papers filed by the parties in support of the Stipulation Requesting Order Extending Time for Initial Disclosures, and all other matters deemed appropriate by the Court, and good cause appearing therefore,

1  IT IS HEREBY ORDERED that the deadline for Nokia Inc., Nokia Corp., and
2  Implicit Networks to provide initial disclosures to each other is extended to and including
3  July 23, 2009.

5  Dated: July 1, 2009.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER EXTENDING TIME
FOR INITIAL DISCLOSURES

2

CASE NO. 3:09-cv-001628-WHA