United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   IMPLICIT NETWORKS, INC.                          No. C 09-01628 WHA
11            Plaintiff,
12      v.                                            **ORDER RE ELAINE CHAO'S
                                                      NOTICE OF APPEARANCE**
13   HTC CORP, *et al.*,
14            Defendants.
15   _____/
16          The Court has read Palm Inc.'s amended notice of appearance for Elaine Chao and sets
17   **JULY 30, 2009** as the deadline to bring any motion to disqualify the undersigned or to disqualify
18   Ms. Chao by reason of the facts recited therein.
19
20      **IT IS SO ORDERED.**
21
22   Dated:  July 7, 2009.
23                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28