QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Benjamin C. Koodrich (Bar No. 262521)
  benjaminkoodrich@quinnemanuel.com
  Elaine Chao (Bar No. 254572)
  elainechao@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Palm, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HTC CORP.; HTC AMERICA, INC.; LG-ELECTRONICS, INC.; LG-ELECTRONICS MOBILECOMM U.S.A., INC.; NOKIA CORPORATION; NOKIA, INC.; PALM, INC.; SAMSUNG ELECTRONICS CO. LTD.; and SAMSUNG ELECTRONICS AMERICA INC., <br><br> Defendants. | CASE NO. C 09-1628 WHA <br><br> **[PROPOSED]** ORDER EXTENDING TIME FOR INITIAL DISCLOSURES |

Defendants Palm, Inc. and Plaintiff Implicit Networks, Inc. jointly file a Stipulation Requesting Extension of Time for Initial Disclosures to extend the deadline to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) from July 9, 2009, to July 23, 2009. Having considered all papers filed by the parties in support of the Stipulation Requesting Extension of Time for Initial Disclosures and good cause appearing, the deadline to provide initial disclosures is extended from July 9, 2009, to and including July 23, 2009.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

4  DATED: July _7_, 2009

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT

APPROVED
Judge William Alsup