```
DARIN W. SNYDER (S.B. #136003)  dsnyder@omm.com
GEORGE C. YU (S.B. #193881)  gyu@omm.com
WHITNEY E. MCCOLLUM (S.B. #253039)  wmccollum@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701
```

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>(1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.; (5) NOKIA CORPORATION; (6) NOKIA, INC.; (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON MOBILE COMMUNICATIONS AB; AND (11) SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.,<br><br>    Defendants. | Case No.  CV 09 1628 WHA<br><br>**[PROPOSED]** ORDER EXTENDING TIME FOR INITIAL DISCLOSURES<br><br>**(LOCAL RULE 6-2)** |

1  On July 6, 2009, Defendant Samsung Electronics America, Inc. and Plaintiff Implicit
2  Networks, Inc. jointly filed a Stipulation requesting an Order from this Court to extend the
3  deadline to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) two
4  weeks from July 9, 2009 to July 23, 2009.
5  Having considered all papers filed by the parties in support of the Stipulation Requesting
6  Order Extending Time for Initial Disclosures, and all other matters deemed appropriate by the
7  Court, and good cause appearing therefore,
8  IT IS HEREBY ORDERED that the deadline for Samsung Electronics America, Inc. and
9  Implicit Networks to provide initial disclosure to each other is extended to July 23, 2009.

Dated: July 7, 2009.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup

SF1:770441.1