1 | HEIDI L. KEEFE (SBN 178960)
e-mail: hkeefe@whitecase.com
2 | MARK R. WEINSTEIN (SBN 193043)
e-mail: mweinstein@whitecase.com
3 | KYLE D. CHEN (SBN 239501)
e-mail: kchen@whitecase.com
4 | WHITE & CASE LLP
3000 El Camino Real, 5 Palo Alto Square, 9th Floor
5 | Palo Alto, CA 94306
Telephone: (650) 213-0300
6 | Facsimile: (650) 213-8158

7 | Attorneys for Defendant
HTC AMERICA, INC.
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | IMPLICIT NETWORKS, INC.,                          | Case No. 3:09-CV-01628 WHA

14 |          Plaintiff,                               | [PROPOSED] ORDER EXTENDING TIME
                                                       | FOR INITIAL DISCLOSURES
15 |   v.

16 | (1) HTC CORP.; (2) HTC AMERICA,
   | INC.; (3) LG ELECTRONICS, INC.; (4)
17 | LG ELECTRONICS MOBILECOMM
   | U.S.A., INC.; (5) NOKIA
18 | CORPORATION; (6) NOKIA, INC.; (7)
   | PALM, INC.; (8) SAMSUNG
19 | ELECTRONICS CO. LTD.; (9)
   | SAMSUNG ELECTRONICS AMERICA,
20 | INC.; (10) SONY ERICSSON MOBILE
   | COMMUNICATIONS AB; and (11)
21 | SONY ERICSSON MOBILE
   | COMMUNICATIONS (USA) INC.,
22
   |          Defendants.
23

24

25

26

27

28

1   On July 7, 2009, Defendant HTC America Inc. and Plaintiff Implicit Networks, Inc. jointly filed a Stipulation requesting an Order from this Court to extend the deadline to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) two weeks from July 9, 2009, to and including July 23, 2009.

Having considered all papers filed by the parties in support of the Stipulation Requesting Order Extending Time for Initial Disclosures, and all other matters deemed appropriate by the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for HTC America Inc. and Implicit Networks to provide initial disclosures to each other is extended to and including July 23, 2009.

Dated: __July 7, 2009._____   _____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE



-1-

[PROPOSED] ORDER EXTENDING TIME FOR INITIAL DISCLOSURES
3:09-CV-01628-WHA

PALOALTO 99438 (2K)