| | |
|---|---|
| 1 | David M. Barkan (CA #160825; barkan@fr.com) |
| 2 | Tamara Fraizer (CA #215942; fraizer@fr.com) |
| | Thomas B. Manuel (CA #254186; manuel@fr.com) |
| 3 | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| 4 | Redwood City, California 94063 |
| | Telephone: (650) 839-5070 |
| 5 | Facsimile: (650) 839-5071 |

Attorneys for Defendant
LG ELECTRONICS MOBILECOMM U.S.A., INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No. CV 09-1628 WHA |
| Plaintiff, | |
| v. | **PLAINTIFF IMPLICIT NETWORKS, INC. AND DEFENDANT LG ELECTRONICS MOBILECOMM U.S.A., INC.'S STIPULATION OF DISMISSAL OF LG ELECTRONICS, INC.** |
| (1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.; (5) NOKIA CORPORATION; (6) NOKIA, INC.; (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON MOBILE COMMUNICATIONS AB; and (11) SONY ERICCSON MOBILE COMMUNICATIONS (USA) INC., | |
| Defendants. | |

In order to simplify the litigation, reduce unnecessary costs, and avoid the need for disputes regarding jurisdiction, service, and venue with respect to the naming of LG Electronics, Inc. ("LGE") as a defendant in this action, Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant LG Electronics MobileComm U.S.A., Inc. ("LGEMU") hereby stipulate as follows, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12:

1. Implicit shall dismiss LGE from the litigation without prejudice. The form of said dismissal is attached as exhibit A and shall be filed concurrently with this stipulation.

2. LGEMU shall work with Implicit in responding to discovery that seeks information in the possession, custody, or control of LGE. Specifically, LGEMU agrees that it will not object to discovery on the basis that the requested information is in the possession, control, or custody or LGE rather than LGEMU.

3. LGEMU hereby represents that it is responsible for the sales of LG branded cell phones to U.S. wireless carriers and U.S. retailers and further represents that LGE does not sell LG branded cell phones to U.S. wireless carriers or U.S. retailers. LGEMU further represents that LG branded U.S. phones are sold only by LGEMU. Any LG branded phones that enter from outside the U.S. are coming in as used or grey market phones and neither LGEMU nor LGE has any involvement in the entry of such phones to the U.S.

Dated: July 15, 2009                          HOSIE RICE LLP

                                              By: /s/ Bruce Wecker
                                                  Bruce Wecker

                                              Attorneys for Plaintiff
                                              IMPLICIT NETWORKS, INC.


Dated: July 15, 2009                          FISH & RICHARDSON P.C.

                                              By: /s/ Tamara Fraizer
                                                  Tamara Fraizer

                                              Attorneys for Defendant
                                              LG ELECTRONICS MOBILECOMM U.S.A., INC.

2

PLAINTIFF IMPLICIT NETWORKS, INC. AND DEFENDANT LG
ELECTRONICS MOBILECOMM U.S.A., INC.'S STIPULATION
OF DISMISSAL OF LG ELECTRONICS, INC.                    Case No. CV 09-1628 WHA

1     I hereby attest pursuant to General Order 45.X.B, that concurrence in the electronic filing of
2 this document has been obtained from Bruce Wecker on behalf of Implicit Networks.

3 Dated: July 15, 2009                    FISH & RICHARDSON P.C.

                                       By: /s/ Tamara Fraizer
                                          Tamara Fraizer

                                  Attorneys for Defendant
                                  LG ELECTRONICS MOBILECOMM U.S.A., INC.

# EXHIBIT A

## [PROPOSED] ORDER OF DISMISSAL OF LG ELECTRONICS, INC.

4

PLAINTIFF IMPLICIT NETWORKS, INC. AND DEFENDANT LG
ELECTRONICS MOBILECOMM U.S.A., INC.'S STIPULATION
OF DISMISSAL OF LG ELECTRONICS, INC.                                   Case No. CV 09-1628 WHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.; (5) NOKIA CORPORATION; (6) NOKIA, INC.; (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON MOBILE COMMUNICATIONS AB; and (11) SONY ERICCSON MOBILE COMMUNICATIONS (USA) INC., <br><br> Defendants. | Case No. CV 09-1628 WHA <br><br> [PROPOSED] ORDER OF DISMISSAL OF LG ELECTRONICS, INC. |

The Court hereby recognizing the Stipulation of Dismissal filed by Plaintiff Implicit Networks, Inc. and Defendant LG Electronics Mobilecomm USA, Inc. ("LGEMU"),

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

the claims and causes of action asserted herein by Plaintiff Implicit Networks, Inc. against Defendant LG Electronics, Inc. be, and hereby are, dismissed without prejudice; and

the parties shall bear their own attorneys' fees, expenses and costs related to the litigation with respect to Defendant LG Electronics, Inc.

Dated: July 16, 2009

_____
Honorable
United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup*

50662383.doc

5