SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.(5) NOKIA CORPORATION; (6) NOKIA, INC. (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON MOBILE COMMUNICATIONS AB; and (11) SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC. <br><br> Defendants. | Case No. CV 09-1628 WHA <br><br> [PROPOSED] ORDER OF DISMISSAL SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. |

[PROPOSED] ORDER OF DISMISSAL OF SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.

CASE NO. CV 09-1628 WHA

The Court hereby recognizing the Stipulation of Dismissal filed by Plaintiff Implicit Networks, Inc. and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. ("the Samsung Defendants"),

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. the claims and causes of action asserted herein by Plaintiff Implicit Networks, Inc. against the Samsung Defendants be, and hereby are, dismissed without prejudice;

2. the counterclaims and causes of action alleged by Samsung Electronics America, Inc. against Plaintiff Implicit Networks, Inc. be, and hereby are, dismissed without prejudice; and

3. the parties shall bear their own attorneys' fees, expenses and costs related to the litigation with respect to Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.

Dated: July 27, 2009

IT IS SO ORDERED
Judge William Alsup

_____
Honorable William Alsup
United States District Judge

[PROPOSED] ORDER OF DISMISSAL OF SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.           1           CASE NO. CV 09-1628 WHA