SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No. CV 09-1628 WHA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF DISMISSAL OF NOKA CORPORATION AND NOKIA INC. |
| (1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.(5) NOKIA CORPORATION; (6) NOKIA, INC. (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON  MOBILE COMMUNICATIONS AB; and (11) SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC. | |
| Defendants. | |

1    The Court hereby recognizing the Stipulation of Dismissal filed by Plaintiff Implicit

2    Networks, Inc. and Defendants Nokia Corporation and Nokia Inc. ("Nokia"),

3    PURSUANT TO STIPULATION, IT IS SO ORDERED that:

4    the claims and causes of action asserted herein by Plaintiff Implicit Networks, Inc.

5    against Nokia be, and hereby are, dismissed without prejudice; and

6    the parties shall bear their own attorneys' fees, expenses and costs related to the

7

8    litigation with respect to Defendants Nokia Corporation and Nokia Inc.

9

10   Dated:  July 27, 2009    ___                    _____

11                                                    Honorable William Alsup
                                                     United States District Judge
12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28