SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.(5) NOKIA CORPORATION; (6) NOKIA, INC. (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON MOBILE COMMUNICATIONS AB; and (11) SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC. <br><br> Defendants. | Case No. CV 09-1628 WHA <br><br> [PROPOSED] ORDER OF DISMISSAL PALM, INC. |

1 | The Court hereby recognizing the Stipulation of Dismissal filed by Plaintiff Implicit
Networks, Inc. and Defendant Palm, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. the claims and causes of action asserted herein by Plaintiff Implicit Networks, Inc. against Palm, Inc. be, and hereby are, dismissed without prejudice; and

2. the counterclaims and causes of action alleged by Palm, Inc. against Plaintiff Implicit Networks, Inc. be, and hereby are, dismissed without prejudice; and

3. the parties shall bear their own attorneys' fees, expenses and costs related to the litigation with respect to Defendant Palm, Inc.

Dated: July 27, 2009



Hon. William Alsup
United States District Judge

[PROPOSED] ORDER OF DISMISSAL OF PALM, INC.     1     CASE NO. CV 09-1628 WHA