SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Additional counsel listed on signature page*

*Attorneys for Plaintiff
IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>(1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.(5) NOKIA CORPORATION; (6) NOKIA, INC. (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON MOBILE COMMUNICATIONS AB; and (11) SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.<br><br>Defendants. | Case No. CV 09-1628 WHA<br><br>**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS AGAINST AND BY LG ELECTRONICS MOBILECOMM U.S.A., INC. WITHOUT PREJUDICE** |

The Plaintiff, Implicit Networks, Inc. ("Implicit"), and Defendant LG Electronics Mobilecomm U.S.A., Inc. ("LGEMU"), pursuant to Rule 41 of the Federal Civil Judicial Procedure and Rules and Local Rule 7-12, hereby agree and stipulate to the dismissal of all claims brought herein by Plaintiff against LGEMU in their entirety WITHOUT PREJUDICE, and all counterclaims brought herein by Defendant LGEMU in their entirety WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: July 23, 2009                                      HOSIE RICE LLP

                                               _/s/ Bruce Wecker_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

EDWARD W. GOLDSTEIN
Email: egoldstein@gfpiplaw.com
CORBY R. VOWELL
Email: cvowell@gfpiplaw.com
MATTHEW J.M. PREBEG
Email: mprebeg@gfpiplaw.com
STEPHEN W. ABBOTT
Email: sabbott@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas  77027
(713) 877-1515 Tel.
(713) 877-1145 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

STIPULATED AND [PROPOSED] ORDER OF        1             CASE NO. CV 09-1628 WHA
DISMISSAL OF LG ELECTRONICS MOBILECOMM
U.S.A., INC. WITHOUT PREJUDICE

| | |
|---|---|
| Dated: July 23, 2009 | FISH & RICHARDSON P.C. |

                                                                 */s/ Tamara Fraizer*
TAMARA D. FRAIZER (CA Bar No. 215942)
DAVID M. BARKAN (CA Bar No. 160825)
THOMAS B. MANUEL (CA Bar No. 254186)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
E-mail: fraizer@fr.com
E-mail: barkan@fr.com
E-mail: manuel@fr.com

*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: July 23, 2009

                                                                 */s/ Bruce Wecker*
                                                                  Bruce Wecker

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 27, 2009

                                            Honorable
                                            United States

[Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA · IT IS SO ORDERED · Judge William Alsup]

STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF LG ELECTRONICS MOBILECOMM U.S.A., INC. WITHOUT PREJUDICE      2      CASE NO. CV 09-1628 WHA