1   HEIDI L. KEEFE (SBN 178960)
    e-mail:  hkeefe@whitecase.com
2   MARK R. WEINSTEIN (SBN 193043)
    e-mail:  mweinstein@whitecase.com
3   KYLE D. CHEN (SBN 239501)
    e-mail:   kchen@whitecase.com
4   WHITE & CASE LLP
    3000 El Camino Real, 5 Palo Alto Square, 9th Floor
5   Palo Alto, CA 94306
    Telephone: (650) 213-0300
6   Facsimile:  (650) 213-8158

7   Attorneys for Defendant
    HTC AMERICA, INC.
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13   IMPLICIT NETWORKS, INC.,            Case No.  3:09-CV-01628 WHA

14              Plaintiff,               [PROPOSED] ORDER ALLOWING HTC
                                         AMERICA, INC. TO FILE FIRST AMENDED
15        v.                             ANSWER AND COUNTERCLAIM

16   (1) HTC CORP.; (2) HTC AMERICA,
     INC.; (3) LG ELECTRONICS, INC.;
17   (4) LG ELECTRONICS
     MOBILECOMM U.S.A., INC.; (5)
18   NOKIA CORPORATION; (6) NOKIA,
     INC.; (7) PALM, INC.; (8) SAMSUNG
19   ELECTRONICS CO. LTD.; (9)
     SAMSUNG ELECTRONICS
20   AMERICA, INC.; (10) SONY
     ERICSSON MOBILE
21   COMMUNICATIONS AB; and (11)
     SONY ERICSSON MOBILE
22   COMMUNICATIONS (USA) INC.,

23              Defendants.

24

25

26

27

28

1       On August 11, 2009, Defendant HTC America, Inc. and Plaintiff Implicit Networks, Inc.

2  jointly filed under Civil Local Rule 7-12 a Stipulation requesting an Order from this Court to

3  allow HTC America, Inc. to file its First Amended Answer and Counterclaim in the above

4  captioned action on or before August 21, 2009 or within five (5) court days after this Court grants

5  such allowance, whichever is later.

6       PURSUANT TO STIPULATION, IT IS SO ORDERED that HTC America, Inc. is

7  allowed to file its First Amended Answer and Counterclaim in the above captioned action on or

8  before August 21, 2009 or within five (5) court days after the date of this Order, whichever is

9  later.

10

11

12  Dated: ___August 17, 2009_____



13          HONORABLE WILLIAM ALSUP

14          UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge William Alsup

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-