SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Additional counsel listed on signature page*

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORP. and HTC AMERICA, INC.; <br><br> Defendants. | Case No. CV 09-1628 WHA <br><br> ~~PROPOSED~~ **ORDER RE: CLAIMS CONSTRUCTION BRIEFING SCHEDULE** |

| Event | Proposed Dates |
|---|---|
| Exchange of Proposed Terms and Claim Elements for Construction [Pat. L.R. 4.1.a-b.] | October 12, 2009 |
| Simultaneous Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence [Pat. L.R. 4.2.a-b.] | October 19, 2009 |
| Simultaneous Exchange of Responsive Claim Constructions | November 4, 2009 |
| Filing of Joint Claim Chart, Worksheet and Hearing Statement [Pat. L.R. 4.3] | November 13, 2009 |
| Completion of Claim Construction Discovery [Pat. L.R. 4.4] | December 7, 2009 |
| Opening Claim Construction Brief [Pat. L.R. 4.5.a.] | December 7, 2009 |
| Responsive Claim Construction Brief [Pat. L.R. 4.5.b] | December 21, 2009 |
| Reply Claim Construction Brief [Pat. L.R. 4.5.c] | January 6, 2010 |
| Tutorial | January 13, 2010 at 1:30 pm. |
| Claim Construction Hearing [Pat. L.R. 4.6] | January 27, 2010 at 1:30 pm. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the foregoing Proposed Claims Construction Brief schedule be adopted by the Court.

**IT IS SO STIPULATED**

Dated: August 12, 2009           HOSIE RICE LLP


                                 */s/ Bruce Wecker*_____
                                 SPENCER HOSIE (CA Bar No. 101777)
                                 shosie@hosielaw.com
                                 BRUCE WECKER (CA Bar No. 078530)
                                 bwecker@hosielaw.com
                                 GEORGE F. BISHOP (CA Bar No. 89205)
                                 gbishop@hosielaw.com
                                 HOSIE RICE LLP

PROPOSED ORDER RE: CLAIMS            1            CASE NO. CV 09-1628 WHA
CONSTRUCTION BRIEFING SCHEDULE

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | 188 The Embarcadero, Suite 750                                  |
| 2   | San Francisco, CA 94105                                         |
|     | (415) 247-6000 Tel.                                             |
| 3   | (415) 247-6001 Fax                                              |
| 4   | EDWARD W. GOLDSTEIN                                             |
|     | egoldstein@gfpiplaw.com                                         |
| 5   | CORBY R. VOWELL                                                 |
|     | cvowell@gfpiplaw.com                                            |
| 6   | MATTHEW J.M. PREBEG                                             |
| 7   | mprebeg@gfpiplaw.com                                            |
|     | STEPHEN W. ABBOTT                                               |
| 8   | sabbott@gfpiplaw.com                                            |
|     | GOLDSTEIN, FAUCETT & PREBEG, L.L.P.                             |
| 9   | 1177 West Loop South, Suite 400                                 |
| 10  | Houston, Texas  77027                                           |
|     | (713) 877-1515 Tel.                                             |
| 11  | (713) 877-1145 Fax                                              |
| 12  | *Attorneys for Plaintiff*                                       |
|     | *IMPLICIT NETWORKS, INC.*                                       |

WHITE & CASE LLP

*/s/ Kyle D. Chen*
KYLE D. CHEN, PH.D. (SBN 239501)
kchen@paloalto.whitecase.com
HEIDI L. KEEFE (SBN 178960)
e-mail: hkeefe@whitecase.com
MARK R. WEINSTEIN (SBN 193043)
e-mail: mweinstein@whitecase.com
WHITE & CASE LLP
3000 El Camino Real, 5 PA Square 9th Fl.
Palo Alto, CA 94306, U.S.A.
(650) 213-0353
(650) 213-8158  Fax

*Attorneys for Defendants*
*HTC CORP. and HTC AMERICA*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: August 12, 2009

                                          */s/ Bruce Wecker*
                                            Bruce Wecker

Case3:09-cv-01628-WHA   Document103   Filed08/18/09   Page5 of 5

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

the foregoing Proposed Claims Construction Briefing schedule is adopted by the Court.

Dated: August 18, 2009



Honorable _____
U.S. DISTRICT COURT JUDGE

~~PROPOSED~~ ORDER RE: CLAIMS CONSTRUCTION BRIEFING SCHEDULE   4   CASE NO. CV 09-1628 WHA