| | |
|---|---|
| 1 | Heidi L. Keefe (SBN 178960) |
| | Mark R. Weinstein (SBN 193043) |
| 2 | Kyle D. Chen (SBN 239501) |
| | **Cooley Godward Kronish LLP** |
| 3 | 3000 El Camino Real |
| | Five Palo Alto Square, 4th Floor |
| 4 | Palo Alto, California 94306 |
| | Tel. 650.843.5000 |
| 5 | Fax 650.857.0663 |
| 6 | Attorneys for DEFENDANT |
| 7 | HTC AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No. 3:09-CV-01628 WHA |
| Plaintiff, | **NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT HTC AMERICA, INC.** |
| v. | |
| (1) HTC CORP.; (2) HTC AMERICA, INC.; (3) LG ELECTRONICS, INC.; (4) LG ELECTRONICS MOBILECOMM U.S.A., INC.; (5) NOKIA CORPORATION; (6) NOKIA, INC.; (7) PALM, INC.; (8) SAMSUNG ELECTRONICS CO. LTD.; (9) SAMSUNG ELECTRONICS AMERICA, INC.; (10) SONY ERICSSON MOBILE COMMUNICATIONS AB; and (11) SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant herein, HTC America, Inc. ("HTC America"), hereby substitutes the law firm of Cooley Godward Kronish LLP, 3000 El Camino Real, 5 Palo Alto Square, 4th Floor, Palo Alto, California 94306, telephone 650-843-5000, in place and instead of the law firm of White & Case

LLP, as its counsel in the above captioned action. White & Case LLP hereby withdraws as counsel for HTC America in the above-captioned case.

Dated: September 16, 2009         HTC America, Inc.
                                  By: _____
                                       Alex Chen
                                                    by cc.

Dated: September 15, 2009         White & Case LLP
                                  By: _____
                                       Jennifer Yokoyama

Dated: September 15, 2009         Cooley Godward Kronish LLP
                                  By: _____
                                       Kyle Chen
                                  Attorneys for Defendant HTC America Inc.

Pursuant to Civil Local Rule 11-5, and in accordance with General Order 45, Section IV.C.(5), IT IS SO ORDERED.

Dated: September 17, 2009         _____
                                  Judge William Alsup

IT IS SO ORDERED
Judge William Alsup